UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHENNA CORRAL, *et al.*, | Case No. 3:16-cv-00386-LRH-WGC |
| Plaintiffs, | ORDER |
| v. | |
| HG STAFFING, LLC; MEI-GSR HOLDINGS LLC d/b/a GRAND SIERRA RESORT; and Does 1 through 50, inclusive, | |
| Defendants. | |

On March 27, 2019, the court clarified its prior order granting plaintiffs' motion for voluntary dismissal on the condition that it be with prejudice (ECF No. 75). ECF No. 77. The court reiterated that plaintiffs had 30 days from the date of the Order (March 27, 2019) to withdraw their motion or consent to the dismissal despite the condition. *Id.* The court further provided that a failure to respond would constitute a consent to dismissal with prejudice. *Id.* Plaintiffs have filed neither a withdrawal of their motion nor a consent within the required time.

IT IS THEREFORE ORDERED that this case is voluntarily dismissed with prejudice, and the Clerk of Court is ordered to close the case.

IT IS SO ORDERED.

DATED this 14th day of May, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRIACT JUDGE